1  *(Stipulating parties listed on signature page)*

2  **UNITED STATES DISTRICT COURT**

3  **NORTHERN DISTRICT OF CALIFORNIA**

4  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725;<br><br>*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL DIRECT ACTION PLAINTIFFS TO RESPOND TO CERTAIN OF THE THOMSON DEFENDANTS' DISCOVERY REQUESTS**<br><br>Judge: Hon. Samuel Conti |

STIPULATION AND [PROPOSED] ORDER RE EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL
US.54857980.01

No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; |
| 2 | |
| 3 | *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173. |
| 4 | |

Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data Product Management, Inc.; (all collectively the "DAPs") on the one hand, and Thomson S.A. (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) (collectively the "Thomson Defendants") on the other (together, the "Parties") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014 (Dkt. No. 2459);

WHEREAS, the deadline to file any motion to compel after the discovery cut-off is September 12, 2014 (L.R. 37-3);

WHEREAS, on August 1, 2014, the Thomson Defendants served discovery requests on all DAPs, including Thomson SA's Second Set of Requests for Production, seeking, *inter alia*, documents reflecting both formal and informal communications between the DAPs and others regarding their intention to exclude themselves from the Direct Purchaser Plaintiff Class in this litigation (the "Opt-Out Discovery Request");

STIPULATION AND [PROPOSED] ORDER RE EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL
US.54857980.01

No. 07-5944-SC; MDL No. 1917

1  WHEREAS, on or around September 5, 2014, all DAPs served their responses to the Opt-Out Discovery Request, which responses included objections on various grounds;

3  WHEREAS, on September 9, 2014, the Thomson Defendants sent a meet and confer letter to the DAPs regarding issues with their responses and the Parties have since met and conferred in a conference call and in subsequent correspondence with a *bona fide* intent to continue doing so;

6  WHEREAS, the Thomson Defendants and the DAPs agree to extend the deadline for the Thomson Defendants to file a motion to compel relating to issues specific to the DAPs' responses and objections to the Opt-Out Discovery Request to September 19, 2014;

9  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel that the Thomson Defendants may file a motion to compel on issues specific to the Opt-Out Discovery Request on or before September 19, 2014.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2014

APPROVED

Judge Samuel Conti
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER RE EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL

No. 07-5944-SC; MDL No. 1917

US.54857980.01

| | |
|---|---|
| Dated:  September 12, 2014 | FAEGRE BAKER DANIELS LLP |
| | */s/  Kathy L. Osborn*_____ |
| | Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com |
| | Jeffrey S. Roberts (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203<br>Telephone: (303) 607-3500<br>Facsimile:  (303) 607-3600<br>jeff.roberts@FaegreBD.com |
| | Stephen M. Judge (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN  46601<br>Telephone: +1 574-234-4149<br>Facsimile:  +1 574-239-1900<br>steve.judge@FaegreBd.com |
| | Calvin L. Litsey (SBN 289659)<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA  94303-2279<br>Telephone: (650) 324-6700<br>Facsimile: (650) 324-6701<br>calvin.litsey@FaegreBD.com |
| | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |

STIPULATION AND [PROPOSED] ORDER RE EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL

No. 07-5944-SC; MDL No. 1917

US.54857980.01

| | |
|---|---|
| 1 | */s/ Philip J. Iovieno* |
| 2 | |
| 3 | Philip J. Iovieno<br>Anne M. Nardacci |
| 4 | BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl St., 11th Floor<br>Albany, NY 12207 |
| 5 | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 6 | piovieno@bsfllp.com<br>anardacci@bsfllp.com |
| 7 | |
| 8 | William Isaacson<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Ave. NW, Suite 800 |
| 9 | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 10 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com |
| 11 | |
| 12 | Stuart Singer<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Blvd., Suite 1200 |
| 13 | Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011 |
| 14 | Facsimile: (954) 356-0022<br>ssinger@bsfllp.com |
| 15 | |
| 16 | *Liaison Counsel for Direct Action Plaintiffs and Tech Data* |
| 17 | |
| 18 | */s/ Craig Benson*<br>Kenneth A. Gallo (*pro hac vice*)<br>Joseph J. Simons (*pro hac vice*) |
| 19 | Craig A. Benson (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & |
| 20 | GARRISON LLP<br>2001 K Street, NW |
| 21 | Washington, DC 20006<br>Telephone: (202) 223-7300 |
| 22 | Facsimile: (202) 223-7420<br>kgallo@paulweiss.com |
| 23 | jsimons@paulweiss.com<br>cbenson@paulweiss.com |
| 24 | |
| 25 | Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346) |
| 26 | Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355 |
| 27 | San Francisco, California 94111<br>Telephone: (415) 788-8200 |
| 28 | Facsimile: (415) 788-8208<br>staylor@paulweiss.com |

STIPULATION AND [PROPOSED] ORDER RE
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL

No. 07-5944-SC; MDL No. 1917

US.54857980.01

jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*


*/s/ David Martinez*
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
            dmartinez@rkmc.com
            jscasselman@rkmc.com
Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
            kcwildfang@rkmc.com
            lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

STIPULATION AND [PROPOSED] ORDER RE EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL

No. 07-5944-SC; MDL No. 1917

US.54857980.01

| | |
|---|---|
| 1 | */s/ David J. Burman* |
| | David J. Burman |
| 2 | Cori G. Moore |
| | Eric J. Weiss |
| 3 | Nicholas H. Hesterberg |
| | Steven D. Merriman |
| 4 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 5 | Seattle, WA 98101-3099 |
| | Telephone: (206) 359-8000 |
| 6 | Facsimile: (206) 359-9000 |
| | Email: DBurman@perkinscoie.com |
| 7 | CGmoore@perkinscoie.com |
| | EWeiss@perkinscoie.com |
| 8 | NHesterberg@perkinscoie.com |
| | SMerriman@perkinscoie.com |
| 9 | |
| | Joren S. Bass |
| 10 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 11 | San Francisco, CA 94111-4131 |
| | Telephone: (415) 344-7120 |
| 12 | Facsimile: (415) 344-7320 |
| | Email: JBass@perkinscoie.com |
| 13 | |
| | *Attorneys for Plaintiff Costco Wholesale* |
| 14 | *Corporation* |
| 15 | |
| | */s/ Scott N. Wagner* |
| 16 | Robert W. Turken |
| | Scott N. Wagner |
| 17 | BILZIN SUMBERG BAENA PRICE & |
| | AXELROD LLP |
| 18 | 1450 Brickell Ave, Suite 2300 |
| | Miami, FL 33131-3456 |
| 19 | Telephone: (305) 374-7580 |
| | Facsimile: (305) 374-7593 |
| 20 | Email: rturken@bilzin.com |
| | swagner@bilzin.com |
| 21 | |
| | Stuart Singer |
| 22 | BOIES, SCHILLER & FLEXNER LLP |
| | 401 East Las Olas Blvd., Suite 1200 |
| 23 | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 356-0011 |
| 24 | Facsimile: (954) 356-0022 |
| | Email: ssinger@bsfllp.com |
| 25 | |
| | William A. Isaacson |
| 26 | BOIES, SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Ave. NW, Suite 800 |
| 27 | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| 28 | Facsimile: (202) 237-6131 |

STIPULATION AND [PROPOSED] ORDER RE
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL

No. 07-5944-SC; MDL No. 1917

US.54857980.01

| | |
|---|---|
| 1 | Email:  wisaacson@bsfllp.com |
| 2 | Philip J. Iovieno |
| | Anne M. Nardacci |
| 3 | BOIES, SCHILLER & FLEXNER LLP |
| | 30 South Pearl Street, 11th Floor |
| 4 | Albany, NY  12207 |
| | Telephone:  (518) 434-0600 |
| 5 | Facsimile:   (518) 434-0665 |
| | Email:  piovieno@bsfllp.com |
| 6 | anardacci@bsfllp.com |

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*

*/s/  Lee Godfrey*
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email:  lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email:  pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

STIPULATION AND [PROPOSED] ORDER RE EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL

No. 07-5944-SC; MDL No. 1917

US.54857980.01

|   |   |
|---|---|
| 1 | /s/ *Jason Murray* |
|   | Jason C. Murray |
| 2 | CROWELL & MORING LLP |
|   | 515 South Flower Street, 40th Floor |
| 3 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-5582 |
| 4 | Facsimile: (213) 622-2690 |
|   | Email: jmurray@crowell.com |

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel for Target Corp..*

/s/ *Richard Arnold*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
       wblechman@knpa.com
       kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.